```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 35988
    JANELLE BELL
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

          Debtor
    SSN XXX-XX-8349


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/07/2005 and was confirmed 11/30/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
  creditors an estimated  31.38% from remaining funds.

     The case was paid in full 11/25/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME              CLASS            CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                                PAID          PAID
--------------------------------------------------------------------------------
  CHICAGO PATROLMEN'S FEDE  UNSECURED OTH    482.64             .00         152.03
  CHICAGO PATROLMEN'S FEDE  SECURED             .00             .00            .00
  CHICAGO PATROLMEN'S FEDE  UNSECURED OTH   2311.77             .00         729.85
  HOMECOMINGS FINANCIAL     CURRENT MORTG       .00             .00            .00
  HOMECOMINGS FINANCIAL     MORTGAGE ARRE   1045.73             .00        1045.73
  CHICAGO PATROLMEN'S FEDE  UNSECURED      NOT FILED            .00            .00
  INTERNAL REVENUE SERVICE  FILED LATE     10703.64             .00            .00
  ARCH WIRELESS             UNSECURED         78.81             .00          24.73
  CAPITAL ONE               UNSECURED        439.79             .00         138.02
  ECMC                      UNSECURED      19552.18             .00        6135.89
  ECAST SETTLEMENT CORP     UNSECURED       5534.08             .00        1736.71
  HOUSEHOLD BANK GM CARD    UNSECURED      NOT FILED            .00            .00
  HOUSEHOLD BANK GM CARD    UNSECURED      NOT FILED            .00            .00
  ECAST SETTLEMENT CORP     UNSECURED       1452.63             .00         455.89
  INSTANT CASH ADVANCE      UNSECURED      NOT FILED            .00            .00
  PROGRESSIVE MANAGEMENT    UNSECURED      NOT FILED            .00            .00
  PORTFOLIO RECOVERY ASSOC  UNSECURED       1453.70             .00         456.23
  ROGERS & HOLLAND          SECURED          779.39           36.07         779.39
  LVNV FUNDING LLC          UNSECURED        370.50             .00         116.28
  INTERNAL REVENUE SERVICE  FILED LATE       857.53             .00            .00
  NICOLE G LAWSON           DEBTOR ATTY     1,694.00                      1,694.00
  TOM VAUGHN                TRUSTEE                                         899.18
  DEBTOR REFUND             REFUND                                          409.08

       Summary of Receipts and Disbursements:
  --------------------------------------------------------------------------------
                            RECEIPTS            DISBURSEMENTS
  --------------------------------------------------------------------------------
  TRUSTEE                   14,809.08

  PRIORITY                                              .00
  SECURED                                           1,825.12

                  PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 05 B 35988 JANELLE BELL
```

```
     INTEREST                                                  36.07
UNSECURED                                                   9,945.63
ADMINISTRATIVE                                              1,694.00
TRUSTEE COMPENSATION                                          899.18
DEBTOR REFUND                                                 409.08
                                    ----------------   ----------------
TOTALS                                    14,809.08          14,809.08
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
     Dated: 02/26/09                  _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                                                                        PAGE   2
        CASE NO. 05 B 35988 JANELLE BELL